# EXHIBIT B

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

NOV 06 2025

DAVID H. YAMASAKI, Clerk of the Court
Central Justice Center _____DEPUTY

1   SUPERIOR COURT OF CALIFORNIA

2   COUNTY OF ORANGE COUNTY

3   DARLINE SMITH

4   1301 PIEDMONT

5   IRVINE CA 92620

6   (562)377-2610

7   DDDPLUS1@YAHOO.COM

8   *Darline Smith*   Darline Smith   Complaint
        Plaintff

9   vs

10  vs.
    Delta Airlines

11  Defendant

   30-2025

   01523999

   Assigned for All Purposes

   JUDGE DONALD F. GAFFNEY

15   PETITION FOR DAMAGES

16  Plaintiff, Darline Smith is an individual residing in Irvine, Ca. Defendant Delta Airlines, is a corporation

17  engaged in providing air transportation services, with its principal offices 1030 Delta Blvd Atlanta GA

18  30354.This court has jurisdiction over the matter because the acts giving rise to this claim occurred within

19  its jurisdiction, and the Defendant's conducts business in the state. Venue is proper in this Court because the

20  Defendant's actions directly affected the Plaintiff in Atlanta GA. On Aug. 4, 2025 Plaintiff was a paying first

21  class passenger on a Delta Airlines flight

22  During the flight the Defendant served Plaintiff a glass of ice alone with a beverage/food item that shattered

23  glass as placed to mouth. During the flight the Defendant unknowingly consumed the glass, resulting in serious

24  physical injury, including but not limited to lacerations to the mouth and throat and swallowing glass fragments.

25  Defendant, upon being notified, attempted to resolve the matter with flight point which Plaintiff reasonably

26  refused, as it does not compensate for the severe physical, emotional, and psychological trauma caused.

27  Defendant has since failed to communicate in good faith regarding adequate compensation or corrective action.

28  Defendant had a duty to ensure passenger safety and failed to do so, resulting in injury to Plaintiff. The

1  Defendant served a dangerous and defective object, directly causing injury. The Plaintiff has suffered significant

2  anxiety, pain, and emotional trauma as a result of this incident. As a direct and proximate result of Defendant's

3  actions, Plaintiff has suffered and suffering, emotional distress, medical expenses, and other damages. Plaintiff

4  seeks damages in the amount of $1,000,000.00.

5  Darline Smith

6  1301 Piedmont

7  Irvine CA 92620

8  (562)377-2610

Exhibit #

*Exhibit 4*

Thank you for choosing the **Gastroenterology** Department at Kaiser Permanente Orange County. **We** hope you had a **plea**sant experience.

**Your Doctor:** _Ellap_

**Your GI** Nurses in **Admitting/Recovery** _Nicole_ & _Liz_

In the **Procedure room:** Circulating **RN** _Kat_ & Assistant _Maricel/Teer_

Please **use** this QR code **to** provide feedback on **how we did. Ask** your **nurse if you are not** familiar on how to use the code.

In addition, you may receive a questionnaire as**king** about your **experience. Please answer** the questions honestly and **let** us know **how** we can improve **your** care experience.

For any further comments, please email/contact us at OC-GI-CARES@kp.org or 714-644-2346.

Thank you for **choosing** Kaiser Permanente Orange County. Have a great day!

# Instructions from ANDREW QUOCANH GIAP MD

**Post procedure diagnosis:**
1. **History of gastric bypass**
2. **Dysphagia with unremarkable esophagus**

**Recommendation/Plan:**
1. Notified patient and family of patient's finding and status. Resume outpatient medications.
2. Follow up with Dr. T. Tran, Gastroenterology as instructed
3. Advised to call my office if any further questions or concerns

### Esophagogastroduodenoscopy
### Discharge Instructions

Sedative medication given for procedures can slow your reaction time and coordination for many hours. **You have received medications, so it is important for your safety to follow the instructions below for the remainder of the day:**

- BE TAKEN directly home from the hospital and rest quietly. Do NOT resume normal activities until tomorrow.
- Do NOT drive, return to work, or operate any machinery or power tools.
- Do NOT make any important personal or business decisions, sign any legal papers, or perform any activity that depends on your full concentrating power or mental judgement.
- Do NOT drink any alcohol or take nerve or sleeping drugs. They add to the effects of the medicine still present in your body.

**Potential common after effects and treatments following the procedure:**

- Mild sore throat - treat with throat lozenges and gargle with warm salt water.
- Mild abdominal pain or bloating - rest, eat lightly, and use a heating pad.
- Redness and/or swelling where the IV was - apply heat and elevate.

**Symptoms to report to your physician:**

- Severe sore throat or inability to swallow and/or eat usual diet.
- Chills or fever above 101 degrees occurring within 24 hours after procedure.
- Pain in chest or neck.
- Severe continuing abdominal pain, vomitting, nausea, or bleeding.
- Swelling to the neck area.
- IV site stays red and swollen for more than 2 days.
- Persistent black bowel movements (may indicate hidden blood)

**In the case of an emergency, please contact the KP doctor on call at 1-888-576-6225 or go to the emergency room.**

# General Information

Not registered for KP.ORG yet? Go to KP.ORG/REGISTERNOW to get started
Order medications, check test results, schedule appointments and much more online.

Darline Smith (MRN: 000023501118) • Printed at 8/25/2025 12:03 PM                          Page 3 of 4   **Epic**
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

**KAISER PERMANENTE.**

Kaiser Foundation Hospitals
Southern California Permanente Medical Group

**Name:** Smith,Darline
**MRN:** 000023501118
**DOB:** 3/12/1967

## CONSENT TO OPERATION, ADMINISTRATION OF ANESTHETICS, AND THE RENDERING OF OTHER MEDICAL SERVICES

1. I authorize **GIAP, ANDREW QUOCANH (M.D.)**, and/or his/her associates, assistants of his/her choice, and personnel assigned by the hospital or medical group to perform the following operation or procedure (medical and common names):

   **Normal, Routine, Esophagogastroduodenoscopy with possible biopsy, cautery/hemostasis, foreign body removal, injection and dilatation with intravenous moderate sedation or anesthesia For the purpose of: Examination of esophagus, stomach and upper portion of the small intestine through a flexible lighted endoscope with possible biopsy, dilatation, cautery, injection, clipping, banding of varices, stretching of the esophagus, stomach or duodenum with intravenous moderate sedation or anesthesia**

   FOR THE PURPOSE OF (explanation in simple terms):

   **Normal, Routine, Esophagogastroduodenoscopy with possible biopsy, cautery/hemostasis, foreign body removal, Injection and dilatation with intravenous moderate sedation or anesthesia For the purpose of: Examination of esophagus, stomach and upper portion of the small intestine through a flexible lighted endoscope with possible biopsy, dilatation, cautery, injection, clipping, banding of varices, stretching of the esophagus, stomach or duodenum with intravenous moderate sedation or anesthesia**

   upon (name of patient): **Smith,Darline**, and/or to do any other procedures that in his/her/their judgment may be advisable for the patient's well-being including such procedures as are considered medically advisable to remedy conditions discovered during the procedure or operation. I am satisfied with my understanding of the nature of the operation or procedure, the more common risks associated with it, including the potential for serious harm, including wound infection, anesthesia risks and death, and alternative methods of treatment which have been explained to me. No warranty or guarantee has been made as to the result or cure.

2. Under the Federal Safe Medical Devices Act, Kaiser Permanente must provide manufacturers of certain medical devices with personal information to enable manufacturers to locate patients when a device is removed from the market or when information about significant device problems has to be sent out. If the above procedure involves the implantation of a medical device requiring tracking by the manufacturer and/or the Food and Drug Administration (FDA), my name, birth date, address, phone number and social security number may be forwarded for this purpose. Kaiser Permanente will treat the collected information with the same degree of confidentiality provided to all other medical information. The manufacturers and the FDA are required to treat this information in the same manner. I may refuse to permit the release of this required information (complete form NS-5789, Consent for Safe Medical Device Act, Notice Regarding Medical Device Tracking).

3. I hereby authorize and direct the above-named hospital, medical group, surgeon and/or his/her associates and assistants, to provide such additional services for me as he/she or they may deem medically advisable, including, but not limited to, the selection and administration of anesthesia and the performance of pathology and radiology services.

4. I hereby authorize the hospital and medical group to dispose of any severed tissue or member in accordance with accustomed hospital practice.

# AFTER VISIT SUMMARY

**KAISER PERMANENTE.**

**Darline Smith**  MRN: 000023501118

📅 8/25/2025 10:40 AM   📍 GASTROENTEROLOGY

## Instructions  from ANDREW QUOCANH GIAP MD

Your personalized instructions can be found at the end of this document.

## What's Next

You currently have no upcoming appointments scheduled.

## As-Needed Medication Orders for Administration in Clinic

**lactated Ringers**
(last given 8/25/2025)
as needed for see admin inst.
for GI sedation

## Medications

## Clinic Administered Medications Ordered This Visit

lactated Ringers IV premix

Visit Medication List Patient reported, restarted, and new medications relevant to this visit. This may not reflect all medications the patient is taking.

| | Dosage |
|---|---|
| **oxyCODONE IR (ROXICODONE) 5 mg Oral Tab (Taking)** | Take one tablet orally every 4 hours for mild pain to moderate pain and two tablets orally every 6 hours for severe pain. |
| **Pantoprazole (PROTONIX) 20 mg Oral TBEC DR Tab (Taking)** | Take 1 tablet by mouth daily 30 minutes before breakfast |

## Today's Visit

You saw ANDREW QUOCANH GIAP MD on Monday August 25, 2025. The following issues were addressed:

- DYSPHAGIA (DIFFICULTY SWALLOWING)

| | | | |
|---|---|---|---|
| 🩺 | Blood Pressure 122/68 | 🧍 | BMI 28.16 |
| ⚖️ | Weight 149 lb 0.5 oz | 📏 | Height 5' 1" |
| 🌡️ | Temperature 97.4 °F | 💟 | Pulse 56 |
| 🫁 | Respiration 16 | 🫁 | Oxygen Saturation 100% |

♨ **Medications Given**
lactated Ringers

## kp.org

View your After Visit Summary and more online at **https:// healthy.kaiserpermanente.org/cs/**.

Darline Smith (MRN: 000023501118) • Printed at 8/25/2025 12:03 PM
This is confidential information. Do not throw away in a Kaiser Permanente trash can.

Page 1 of 4   **Epic**

# KP OC - Anaheim Medical Center

3440 E La Palma Ave
Anaheim, California 92806

| | | | |
|---|---|---|---|
| **Patient Name:** | SMITH, DARLINE | **Procedure:** | EGD |
| **MRN:** | 000023501118 | **Exam Date:** | 8/25/2025 |
| **DOB:** | 3/12/1967 | **Physician:** | Giap, Andrew MD |










PATIENT COPY

1 of 5

Hi, Thank you for using the Delta Air Lines messaging option, my Name is Jai I am a Customer Care Supervisor; I apologize in advance for any inconveniences that you had while traveling causing you to reach out via messaging. I will be happy to assist you today, please allow me some time to catch up on your previous messages and bring up your reservation information in my multiple systems, please allow me time to pull up all pertinent information needed to assist you.

Ok I'm waiting

You are requesting $100,000.00

Delta does not issue compensation in that amount. They issues compensation for the inconvenience, in the amount of 15,000 SkyMiles.

you all close the case without my
acknowledgement

Delta will not issue compensation in the
amount of $100,000.00

I never ask for the ask Mile and told Allen
kenzia no thank you

Once compensation is issued the case is
closed, they do not notify you that they are
closing the case.

Ok I can have the SkyMiles retracted if you
wish

Ok I'll just file my lawsuit thank you for
communicating with me

No problem let me get you the information to
provide ti your legal team

Exhibit
3 of 5

Customer Care will no longer exchange communication on this matter. Please have your legal team use the below link to proceed with legal action. We appreciate your understanding. Have a good day.

http://www.cscglobal.com/cscglobal/pdfs/CSC-registered-agent-addresses.pdf

↻

Tap to load preview

That was your offer Not mine you can't just assume someone wants sky Miles for damage they experience and place them on their account

We will respond when the correspondence is received. Have a good day

Would you like to have the SkyMiles

Exhibit
1 of 5

Customer Care will no longer exchange communication on this matter. Please have your legal team use the below link to proceed with legal action. We appreciate your understanding. Have a good day.

http://www.cscglobal.com/cscglobal/pdfs/CSC-registered-agent-addresses.pdf

↻

Tap to load preview

That was your offer Not mine you can't just assume someone wants sky Miles for damage they experience and place them on their account

We will respond when the correspondence is received. Have a good day

Would you like to have the SkyMiles

Have a good day

Yes that's what I replied before Allen placed them on my account without my asking

That is fine they will be retracted today

Thank you for messaging with us today.

Like I said please remove them I have told him multiple times sky Mile doesn't smooth my injury I'm suffering from thanks for update

Your welcome Sir or ma'am

They will be removed within the next 15 minutes Have a great day. I apologize for the inconvenience.

Don't 😭 forget to remove all extra bonus

# Check In

*Exhibit # 1*

# Print your Boarding Documents

**PRINT**

**DONE**



Feedback

---

| MON, AUG 4, 2025 | INTL - DESTINATION VISA REQUIRED | | ▲ DELTA |
|---|---|---|---|

**Darline Smith**          SkyMiles #XXXXXX6777          BOARDING DOCUMENT
GLO6LR/SKY PRIORITY/TSA PRECHK

# LAX ▸ ATL

LOS ANGELES (LAX) ▸
**Atlanta** (ATL)     **BOARDING** 9:05am     **GATE** -     **ZONE** 4     **SEAT** 18D
FLIGHT DL327          Terminal 3          Delta Main (K)     Depart  Mon, 9:45am
                                                              Arrive  Mon, 5:16pm

*Boarding ends 15 minutes prior to departure time.*

Ticket#: 006 2352487157

---

| MON, AUG 4, 2025 | INTL - DESTINATION VISA REQUIRED | | ▲ DELTA |
|---|---|---|---|

**Darline Smith**          SkyMiles #XXXXXX6777          BOARDING DOCUMENT
GLO6LR/SKY PRIORITY/TSA PRECHK



*Exhibit 2*

## Fw: Delta.com Feedback Submission [] [ ref:!00D1a0Y3af.!500RO0XTksW:ref ]

From: Darline Smith (dddplus1@yahoo.com)

To: ljmaccray@yahoo.com

Date: Monday, September 8, 2025 at 06:16 AM PDT

----- Forwarded Message -----
**From:** Delta Air Lines <wecare@delta.com>
**To:** dddplus1@yahoo.com <dddplus1@yahoo.com>
**Sent:** Sunday, September 7, 2025 at 09:51:13 PM PDT
**Subject:** Delta.com Feedback Submission [] [ ref:!00D1a0Y3af.!500RO0XTksW:ref ]



Hello Darline,

RE: Case 15474183

This is in line with regards to the inconvenience you experienced on your flight. We would also highly appreciate if you could provide any medical bill so we can further evaluate the next action regarding your concern.

We apologize again for the inconvenience that you experienced and look forward to welcoming you onboard a future Delta flight soon.

Regards,

Allen Mckenzie
Customer Care
Delta Air Lines

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:!00D1a0Y3af.!500RO0XTksW:ref]

## Thank You for Your Feedback [ref:!00D1a0Y3af.!500RO0XTksW:ref]

From: Customer Care (wecare@delta.com)

To: dddplus1@yahoo.com

Date: Sunday, August 10, 2025 at 03:14 PM PDT



Your case number is **15474183**

Hello,

Delta's Customer Care team has received your message and we are reviewing your case. We respond to most inquiries within 30 days; however, due to the complexity of certain situations, additional time may be required to respond.

You may check the status of this case at any time **here** or reply to this email if you have any supporting documentation or receipts to add to your case.

If you are contacting us to get help with an upcoming flight, please visit delta.com or download the Fly Delta app for quick and direct access to:

- **Book, change, or cancel your flight** in the My Trips section

- **Track your bag** or submit a **Baggage Claim Form** for delayed, damaged, or lost baggage

- **View flight and baggage receipts** in the My Wallet section of the Fly Delta app or under your profile on delta.com.

- **View and redeem** eCredits or Companion Certificate

Thank you for choosing Delta, we look forward to welcoming you onboard one of our flights soon.


Regards,


Customer Care



*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should*

*delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com.  Please check Delta Privacy Policy.*

ref:!00D1a0Y3af.!500RO0XTksW:ref
Case Number: 15474183
Subject: Delta.com Feedback Submission


This complaint is about a glass shattered in my mouth as drunk my Coke with ice, this has damage lip tongue and throat and i have been in pain suffering along with a throat infection, i have not been able to eat these 6 day here in Brazil this is the most unenjoyable vacation of time just taking meds to accommodate my suffering please contact me at 5623772610 if not within 7 days I fill a lawsuit in the nearest courthouse of Orange county CA

Please note that I have pictures of the shattered glass and in asking for $1,000, 000.$^{00}$ for all of the s/p im going through

Exhibit

**DarLine Smith**                                                    Sept. 3,2025
**1301 Piedmont**
**IrVine, CA 92620**
**(562)377-2610**

**To Whom It May Concern,**

*I am writing to formally notify you that I sustained personal injuries as a result of glass breaking
and shattering at and in the mouth area along with swallowing parts of the glass, which caused damage.
This happened from ticket number # 0062352487157 and one hour of arrival Aug. 5, 2025. Due to your
company's negligence and failure to ensure a reasonably safe environment. As a result of this incident, I
have suffered the following:*
  *\*Cuts around the "Lips Tongue and part of inner mouth area"*
  *\*Sore Throat*
  *\*Esophagus irritation/damage*
  *\*Stomach irritation*
  *\*Digestive irritation*
  *\*Mental Pain/Suffering*
  *\*Voice Damage of Speaking*
*Due to your company's negligence, I am seeking compensation in the amount $1,000,000.00 to cover:*
  *\*Pain and suffering*
  *\*Return cost of my vacation that was ruined (ticket, hotel, etc.)*
  *\*Loss of income*
*Please consider this letter a final demand for settlement of this matter. If I do not receive a response within
(14 days) from the date of this letter, I will be forced to pursue legal action to protect my rights and recover
the extent of damages through the court system.*

*Sincerely,*
*Darline Smith*

**SUMMONS**
*(CITACION JUDICIAL)*

**SUM-100**

| | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

DELTA AIRLINES

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

DARLINE SMITH

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

NOV 06 2025

DAVID H. YAMASAKI, Clerk of the Court

BY: _____, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: *(El nombre y dirección de la corte es):* North Justice Center 1275 N. Berkeley Avenue Fullerton, CA 92838

CASE NUMBER: *(Número del Caso):* **01523999**

30-2025

Assigned for All Purposes

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* DARLINE SMITH 1301 Piedmont Irvine CA 92620 562.377.2610

JUDGE DONALD F. GAFFNEY

DATE: NOV 06 2025 *(Fecha)*    **DAVID H. YAMASAKI** Clerk, by *(Secretario)* X. Colein **S. COLLIER** , Deputy *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

**NOTICE TO THE PERSON SERVED:** You are served

1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* CERTIFIED US MAIL
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]   [ Clear this form ]

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| DARLINE SMITH<br>1301 PIEDMONT IRVINE CCA 92620<br><br>TELEPHONE NO.: 562377261U          FAX NO. :<br>EMAIL ADDRESS: DDDPLUS1@YAHOO.COM<br>ATTORNEY FOR *(Name):* | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>NOV 06 2025<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY: _____ DEPUTY<br>30-2025 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 W CIVIC CENTER DR
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SANTA ANA COURT HOUSE

CASE NAME:   Smith vs. Delta Airlines

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [x] Unlimited      [ ] Limited<br>(Amount             (Amount<br>demanded          demanded is<br>exceeds $35,000)  $35,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **01523999**<br>JUDGE: Assigned for All Purposes<br>DEPT.: JUDGE DONALD F. GAFFNEY |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [x] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: NOV 6 2025
DARLINE SMITH
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 1275 N. Berkeley Ave<br>MAILING ADDRESS: 1275 N. Berkeley Ave<br>CITY AND ZIP CODE: Fullerton 92838<br>BRANCH NAME: North Justice Center | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
| PLAINTIFF: Darline Smith | |
| DEFENDANT: Delta Airlines | **Nov 6, 2025** |
| Short Title: SMITH VS. DELTA AIRLINES | Clerk of the Court<br>By: S. Collier, Deputy |

| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2025-01523999-CU-PO-NJC |
|---|---|

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>04/14/2026</u> at <u>09:00:00 AM</u> in Department <u>N16</u> of this court, located at <u>North Justice Center.</u>

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https: www.occourts.org media-relations civil.html
Probate Mental Health - https: www.occourts.org media-relations probate-mental-health.html
Appellate Division - https: www.occourts.org media-relations appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https: www.occourts.org media-relations civil.html
Casos de Probate y Salud Mental - https: www.occourts.org media-relations probate-mental-health.html
División de apelaciones - https: www.occourts.org media-relations appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https: www.occourts.org media-relations civil.html
Thủ Tục Di Chúc Sức Khỏe Tinh Thần - https: www.occourts.org media-relations probate-mental-health.html
Ban phúc thẩm - https: www.occourts.org media-relations appeals-records.html

Clerk of the Court,  By: _S Collier_____ , Deputy

**NOTICE OF HEARING**                                   Page: 1

**FW-003**  **Order on Court Fee Waiver**
**(Superior Court)**

(1) **Person who asked the court to waive court fees:**

Name: Darline Smith

Street or mailing address: 1301 Piedmont

City: Irvine                    State: CA    Zip: 92620

(2) **Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

(3) A request to waive court fees was filed on *(date):*  NOV 0 6 2025

☐ The court made a previous fee waiver order in this case on *(date):*

*Read this form carefully. All checked boxes ☑ are court orders.*

---

Clerk stamps date here when form is filed.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

**NOV 0 6 2025**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

Fill in court name and street address:

**Superior Court of California, County of**

Orange, Central Justice Center
700 Civic Center Drive, West
Santa Ana, CA 92701
30-2025

Fill in case number and name:

Case Number: 5 2 3 9 9 9

**Case Name:**

---

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

(4) After reviewing your:    ☑ *Request to Waive Court Fees*    ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☑ The court **grants** your request, as follows:

 (1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

 • Filing papers in superior court                    • Court fee for phone hearing
 • Making copies and certifying copies              • Giving notice and certificates
 • Sheriff's fee to give notice                         • Sending papers to another court department
 • Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding
   and you request that the court provide an official reporter
 • Assessment for court investigations under Probate Code section 1513, 1826, or 1851
 • Preparing, certifying, copying, and sending the clerk's transcript on appeal
 • Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
 • Making a transcript or copy of an official electronic recording under rule 8.835

 (2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

   ☐ Jury fees and expenses                    ☐ Fees for a peace officer to testify in court
   ☐ Fees for court-appointed experts        ☐ Court-appointed interpreter fees for a witness
   ☐ Other *(specify):* _____

---

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**                    FW-003, Page 1 of 3

Your name: _____

Case Number 0 1 5 2 3 9 9 9

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

    • Pay your fees and costs, or
    • File a new revised request that includes the incomplete items listed:
      ☐ Below     ☐ On Attachment 4b(1)

_____

_____

_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below     ☐ On Attachment 4b(2)

_____

_____

_____

_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
    • Pay your fees and costs in full or the amount listed in c below, or
    • Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
    ☐ Below     ☐ On Attachment 4c(1)

_____

_____

_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
    ☐ Below     ☐ On Attachment 4c(2)

_____

_____

_____

_____

_____

**This is a Court Order.**

Your name: _____

Case Number: 0 T 5 2 3 9 9 9

Name and address of court if different from above:

**Hearing Date** → Date: _____    Time: _____
    Dept.: _____    Room: _____

_____
_____
_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: **NOV 0 6 2025**

**DAVID H. YAMASAKI**    *S. Collier*    **S. COLLIER**

*Signature of (check one):*    ☐ *Judicial Officer*    ☑ *Clerk, Deputy*

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☑ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California, on the date below.

☐ A certificate of mailing is attached.

Date: **NOV 0 6 2025**    **DAVID H. YAMASAKI**

Clerk, by _*S. Collier*_ , Deputy
Name: __**S. COLLIER**__

**This is a Court Order.**