# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 8:25-cv-02739-JVS-DFM |
| Date | March 11, 2026 |
| Title | Darline Smith v. Delta Air Lines, Inc. |

**Present: The Honorable** James V. Selna, U.S. District Court Judge

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] <u>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION</u>**

The Court, on its own motion, hereby **ORDERS** Plaintiff Darline Smith ("Smith") to Show Cause (OSC) in writing no later than **March 18, 2026**, why this action should not be dismissed for lack of prosecution. On January 12, 2026, the Court granted Defendant Delta Airline's motion for a more definite statement and directed Smith to file a new complaint within twenty-one days. (<u>See</u> Dkt. No. 16.) Smith has failed to do so. As an alternative to a written response, the Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

**_X_** Plaintiff's Amended Complaint correcting the deficiencies identified in the Court's order (Dkt. No. 16.)

**IT IS SO ORDERED.**