UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-02739-JVS-DFM | Date | April 17, 2026 |
| Title | Darline Smith v. Delta Air Lines, Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Failure to Prosecute [21]**

On January 12, 2026, the Court issued an order granting Defendant Delta Airlines, Inc.'s ("Delta") motion for a more definite statement pursuant to Federal Rule of Civil Procedure Rule 12(e). (Order, Dkt. No. 16.) Plaintiff Darline Smith ("Smith") did not file an amended compliant within the twenty-one days provided by the Court or otherwise take any action to prosecute her case.

On March 11, 2026, the Court issued an order to show cause ("OSC") why Smith's action should not be dismissed for lack of prosecution. (OSC, Dkt. No. 21.) Smith did not respond.

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice for failure to prosecute and failure to provide a more definite statement as directed.